**Josephine HARRIS, Plaintiff–Appellant,**

v.

**COMMISSIONER, Social Security, Defendant–Appellee.**

No. 13–1276.

United States Court of Appeals, Fourth Circuit.

Submitted: July 25, 2013.

Decided: July 29, 2013.

Josephine Harris, Appellant Pro Se. Alex Gordon, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Josephine Harris appeals the magistrate judge's order upholding the Commissioner of Social Security's decision to deny her disability insurance benefits.* Our review of the Commissioner's disability determination is limited to evaluating whether the findings are supported by substantial evidence and whether the correct law was applied. *See Johnson v. Barnhart,* 434 F.3d 650, 653 (4th Cir.2005). "Substantial evidence is such relevant evidence as a reasonable mind might accept as adequate to support a conclusion." *Id.* (internal quotation marks omitted). We do not reweigh evidence or make credibility determinations in evaluating whether a decision is supported by substantial evidence; "[w]here conflicting evidence allows reasonable minds to differ as to whether a claimant is disabled," we defer to the Commissioner's decision. *Id.* (internal quotation marks omitted).

With this framework in mind, we have reviewed the record and find no reversible error. Accordingly, we affirm the magis-

---

* The parties consented to the jurisdiction of the magistrate judge. *See* 28 U.S.C. § 636(c) (2006).

trate judge's order. *Harris v. Comm'r, Soc. Sec.*, No. 1:11–cv–01516–SAG, 2013 WL 497647 (D.Md. filed Feb. 6, 2013 & entered Feb. 7, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*